UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLIE BAILON,<br><br>                      Plaintiff,<br><br>                      -v.-<br><br>POLLEN PRESENTS *a/k/a* POLLEN SB PROJECTS LLC *a/k/a* SCOOTER BRAUN and ALLISON JAMIE KAYER, TRIPPER NETWORK TRAVEL EXPERIENCE *d/b/a* TRIPPER, WYNN RESORTS HOLDINGS, WYNN RESORTS LIMITED, JUSTIN BIEBER, SCOOTER BRAUN PROJECTS LLC *a/k/a* SCOOTER BRAUN,<br><br>                      Defendants. | 22 Civ. 6054 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On August 17, 2022, the Court ordered Plaintiff to file an amended complaint in this case. (Dkt. #12). On September 1, 2022, Plaintiff filed both an amended complaint and a second amended complaint. (Dkt. #19-20). On September 12, 2022, Plaintiff filed the Third Amended Complaint, which is now the operative complaint in this case. (Dkt. #26). Plaintiff is only allowed to amend her complaint once as a matter of course, per Rule 15 of the Federal Rules of Civil Procedure. However, in consideration of her *pro se* status, the Court GRANTS Plaintiff leave to file the Third Amended Complaint *nunc pro tunc*. The Court is disinclined to grant Plaintiff leave to file further amendments. Should Plaintiff wish to amend the Third Amended Complaint, she is hereby ORDERED to seek leave of the Court in writing, and may not freely continue filing additional amendments.

SO ORDERED.

Dated: September 13, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge