UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOLIE BAILON,

                Plaintiff,

                -v.-

POLLEN PRESENTS *a/k/a* POLLEN SB PROJECTS
LLC *a/k/a* SCOOTER BRAUN *d/b/a* STREET TEAM
SOFTWARE LLC; TRIPPER NETWORK TRAVEL
EXPERIENCE *d/b/a* TRIPPER; WYNN RESORTS
HOLDINGS; WYNN RESORTS LIMITED; JUSTIN
BIEBER; SCOOTER BRAUN PROJECTS LLC *a/k/a*
SCOOTER BRAUN *a/k/a* ALISON JAMIE JAYE,

                Defendants.

22 Civ. 6054 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      Due to a scheduling conflict, the pre-motion conference scheduled to
take place on December 8, 2022, is hereby **ADJOURNED to December 21,
2022, at 10:00 a.m.**  Instructions to video participants will be sent in advance
of the pre-motion conference.

      SO ORDERED.

Dated:   December 7, 2022
          New York, New York

                                      KATHERINE POLK FAILLA
                                    United States District Judge